[No. 69867-2-I.   Division One.   April 29, 2013.]

JOHN P. REISINGER ET AL., *Appellants*, v. DEUTSCHE BANK NATIONAL TRUST COMPANY, *as Trustee, Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-07656-9, Susan Serko, J., entered September 16, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Schindler, JJ.

[No. 69868-1-I.   Division One.   April 29, 2013.]

DALE R. HARKINS ET AL., *Appellants*, v. CARRIE L. MERRILL, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-2-02006-1, Roger A. Bennett, J., entered November 21, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Grosse, J., concurred in by Appelwick and Verellen, JJ.

[No. 69891-5-I.   Division One.   April 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. J.J.I. ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-8-00774-7, Kitty-Ann van Doorninck, J., entered August 31, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, A.C.J., and Lau, J.

[No. 69894-0-I.   Division One.   April 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD DAVID MCKNIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-00433-1, Stephen M. Warning, J., entered July 8, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Cox, J.